**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEJAR PICHL CARLOS ANTONIO,<br>Petitioner,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY, ETC., ET AL.,<br>Respondents. | No. ED CV 26-3829-AH(E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered granting the Petition in part and ordering Respondents to provide Petitioner (A# 249-411-612) with a bond hearing before an immigration judge within seven (7) days at which the burden will be on the Government to justify Petitioner's detention through clear and convincing evidence that Petitioner is an unacceptable danger or an unacceptable flight of flight. To the extent that Petitioner has already received a bond hearing and the parties agree that the ordered relief has already been afforded, Respondents shall file

a status report.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and all counsel of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: SEPTEMBER 18, 2026.

[signature]

ANNE HWANG
UNITED STATES DISTRICT JUDGE