**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEJAR PICHL CARLOS ANTONIO,<br>Petitioner,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY, ETC., ET AL.,<br>Respondents. | No. ED CV 26-3829-AH(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to provide Petitioner (A# 249-411-612) with a bond hearing before an immigration judge within seven (7) days at which the burden will be on the Government to justify Petitioner's detention through clear and convincing evidence that Petitioner is an unacceptable danger or unacceptable risk of flight. To the extent that Petitioner has already received a bond hearing and the parties agree that the ordered relief has already been afforded, Respondents shall file a status report.

DATED: SEPTEMBER 18, 2026.

Anne Hwang

ANNE HWANG
UNITED STATES DISTRICT JUDGE